UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-10152-GAO

TD BANK, N.A.,
Plaintiff,

v.

ADVANCED CAREER TECHNOLOGIES, INC., ADVANCED CAREER TECHNOLOGIES – MARYLAND, LLC, THE CAREER INSTITUTE, LLC, and ABC TRAINING CENTER OF MARYLAND, INC.,
Defendants.

## ORDER
May 6, 2016

After review of the parties' joint submission, the Assented To Motion for Approval of Settlement Agreement and Related Relief (dkt. no. 183) is GRANTED and the settlement is approved. The parties' Joint Motion for Approval of Final Protocal for the Administration of Student Borrower Accounts (dkt. no. 185) is also GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge